Joseph Bronge, Jr., a Minor by Joseph Bronge, Sr., His Father and Next Friend, Appellant, v. Memorial Park District, Appellee.

Gen. No. 46,523.

First District, First Division.

January 31, 1955.

Released for publication February 23, 1955.

Guerine & Guerine, for appellant; Guy C. Guerine, of counsel; Louis Ancel, for appellee; Howard B. Bryant, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.